UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ORNRAT KEAWSRI, SACHINA NAGAE,              :
TAKAYUKI SEKIYA, SIWAPON TOPON, and         :
PIMPARAT KETCHATROT,                        :
                                            :
                                  Plaintiffs,  :
                                            :
            -against-                       :
                                            :
RAMEN-YA INC., Y&S INTERNATIONAL            :
CORP. d/b/a RAMEN-YA, MIHO MAKI,            :
MASAHIKO NEGITA, TOSHIHITO                  :
KOBAYASHI, and KENJI KORA                   :
                                            :
                                  Defendants.  :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____11/01/17

17-CV-2406 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants' counsel Howard Chun filed answers on behalf of Defendants

Y&S International Corp. [Dkt. 68]; Toshihito Kobayashi [Dkt. 69]; and Kenji Kora [Dkt. 70],

which also include cross-claims against Defendants Ramen-ya, Inc., Masahiko Negita, and Miho

Maki;

WHEREAS Defendants' counsel Chun has not filed a Notice of Appearance on behalf of

any Defendants, and Defendants' counsel Jacob Aronauer had filed a Notice of Appearance on

behalf of Defendants Kobayashi, Maki, Negita, Ramen-ya, Inc., Y&S International Corp. [Dkt.

13], and has not withdrawn as to any Defendants;

WHEREAS Defendants Y&S and Kobayashi were previously included among

Defendants filing a motion to dismiss, filed by Defendants' counsel Aronauer [Dkt. 58], the

other Defendants being Ramen-ya, Inc. and Negita, against whom Y&S and Kobabyashi now

bring a cross-claim, as well as Shigeaki Nakanishi, who was dismissed from the action on May

19, 2017 [Dkt. 23]; and

WHEREAS it is unclear to the Court which counsel represents which Defendants, as well as which Defendants have made motions to dismiss;

IT IS HEREBY ORDERED that deadlines for all pending motions and orders currently before the Court are stayed *sine die*.

IT IS FURTHER ORDERED that all counsel must appear before the Court for a conference on Friday, November 3, 2017 at 10:00 A.M., and if all counsel are unable to attend at that time, they are ordered to meet and confer and thereafter submit to the Court, by November 3, 2017, a proposed date and time for which all counsel can attend a conference.  The Court's preferred dates and times are November 17, 2017 at 10:00 A.M., or, in light of the Court's trial schedule, at 5:00 P.M. on any other business day between today and November 17, 2017.

IT IS FURTHER ORDERED that the Clerk mail a copy of this order to Defendants' counsel Chun at the address on file: Kaplan & Chun, PC, 207 East 4th Street, New York, NY 10009.

**SO ORDERED.**

**Date:  November 1, 2017**
        **New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**

2