# JACOB ARONAUER, ESQ.
## Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

November 2, 2017

**Via ECF**
The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      *Re: Keawsri et al. v. Ramen-Ya Inc. et al.*
        **17-cv-02406 (VEC)**

Dear Judge Caproni:

I have reviewed the Court's Order from this morning and I apologize for the recent chain of events. I was surprised as the Court to see that Defendants Y&S International and Toshihito Kobayashi had retained a new attorney. I only became apprised that they had retained a new attorney upon receipt of their answer and counter-claim (dkt 68-69). This office will soon be filing a motion to be relieved as counsel for Y&S International and Mr. Kobayashi.

      **THE LAW OFFICES OF JACOB ARONAUER**

      Respectfully,

      */s/ Jacob Aronauer*
      Jacob Aronauer

      *Attorney for Defendants Ramen-Ya Inc., Y&S International Corp., Miho Maki, Yasuko Negita and Toshihito Kobayashi*

cc:    **Via ECF**
      *All attorneys on record*