UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORNRAT KEAWSRI, SACHINA NAGAE,
TAKAYUKI SEKIYA, SIWAPON TOPON,
And PIMPARAT KETCHATROT,

               Plaintiffs,                          AFFIRMATION

      -against-                               CIVIL ACTION
                                                   Docket No. 17-cv-2406 (VEC)

RAMEN-YA INC., Y&S INTERNATIONAL
CORP. d/b/a RAMEN-YA, MIHO MAKI,
MASAHIKO NEGITA, TOSHIHITO KOBAYASHI,
SHIGEAKI NAKANISHI, and KENJI KORA,

               Defendants.
------------------------------------------------------------X

      HOWARD C. CHUN, a duly licensed attorney, affirms the following under penalty of perjury:

1. I am the attorney for Y&S INTERNATIONAL CORP, TOSHIHITO KOBAYASHI, and KENJI KORA.

2. On April 5, 2018 I mailed out payments to Plaintiffs' counsel for $266.67 and to Co-Defendants' counsel for $233.33 respectively.

3. The payment for $233.33 was negotiated on April 9, 2018. See attached.

4. The payment to Plaintiffs' counsel has not been negotiated as of today, check #281. There has been no mention from Plaintiffs' counsel that the payment was not received, and I had emailed both parties on April 5 that I had mailed payment.

Dated: New York, New York
       April 19, 2018

                                                                            /s/ Howard C. Chun
                                                                   Howard C. Chun, Esq.



# Check Image

| | |
|---|---|
| **Account** | Spark Business Basic Check...7810 |
| **Check Number** | 282 |
| **Posted Date** | 04/09/2018 |
| **Check Amount** | $233.33 |

KAPLAN AND CHUN, PC.
207 E 4TH ST  (212)777-0320
1ST FL
NEW YORK, NY 10009

282
50-791/214

Date 4/3/18

Pay to the Order of: Jacob Aronaver Esq

$ 233.33

Two Hundred Thirty Three t 33/100 — Dollars

CapitalOne
Capital One, N.A.

For: Henryi

⑆021407912⑈ 752 85 07810⑈ 0282