# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

November 4, 2019

**BY ECF:**
The Honorable Valerie E. Caproni
United States District Judge

Re:   *Keawsrei, et al., v. Ramen-Ya, Inc., et al.*, 17 CV 2406 (VEC) (OTW)

Dear Judge Caproni:

I represent the RYI defendants in this action. Plaintiffs filed a motion to Amend their complaint on October 30, 2019. Pursuant to Local Rule 6.1, RYI's opposition is due 14 days from October 30. I respectfully request an extension. This is the first such request. I emailed plaintiffs' counsel seeking their consent but have not heard from them.[1]

Plaintiffs' motion relies on deposition testimonies of two defendants. However, they have never given us a copy of those transcripts. Plaintiffs' counsel's initial position was they do not have to provide us with transcripts of *our* clients. Notwithstanding this absurd position, they finally agreed to provide us with the transcripts so the defendants can review them for accuracy.

Insofar as we have yet to receive the transcripts and review it for accuracy, I respectfully request that the Court (1) allow defendants to file their opposition 21 days after receipt of those transcripts or (2) direct plaintiffs to provide a copy of those transcripts by a date certain and then allow us 21 days from receipt to file the opposition.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:   All counsel (by ECF)

---

[1] To be fair, the request was just made because we moved our offices and at present, we have no phones or internet and I am using someone else's internet to file this letter.

**Application GRANTED in part nunc pro tunc.** Plaintiffs' reading of Rule 30(e) is incorrect. Defendants shall file their opposition to Plaintiffs' motion to amend by December 12, 2019. Plaintiffs' reply, if any, is due December 19, 2019.

Because Plaintiffs have represented that they would produce the deposition transcripts to Defendants by November 14, 2019, ECF 332, the request to order production by a date certain is denied as moot. The Clerk is directed to close ECF 331.

**SO ORDERED.**

_____
Ona T. Wang            11/15/19
U.S. Magistrate Judge