**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
ORNRAT KEAWSRI, et al.,
: 
: 
                              Plaintiffs,       :          17-CV-2406 (VEC) (OTW)
: 
              -against-                          :          **ORDER**
: 
RAMEN-YA, INC., et al.,                      :
: 
                              Defendants.    :
: 
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on December 11, 2019. As discussed

at the conference, the RYI Defendants shall produce their responsive documents by **December**

**20, 2019** or else confirm to Plaintiffs by that date that no additional responsive documents

exist. The parties are reminded that, pursuant to the Court's Individual Practices §II.b, the

parties shall engage in a meaningful meet-and-confer process before requesting Court

intervention.

The parties shall also meet and confer regarding whether they consent to magistrate

judge jurisdiction for all purposes, and inform the Court of their decision by **January 17, 2020**.

The Court will hold the next Status Conference on **January 29, 2020 at 10:30 a.m.** in Courtroom

20D, 500 Pearl Street.

**SO ORDERED.**

                                                    _s/ Ona T. Wang_
Dated:  December 11, 2019                          **Ona T. Wang**
          New York, New York                        United States Magistrate Judge