# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

January 22, 2020

**BY ECF:**

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York

Re: *Keawsrei, et al., v. Ramen-Ya, Inc., et al.*, 17 CV 2406 (VEC) (OTW)

Dear Judge Wang:

I represent the RYI defendants (Ramen-Ya, Inc., Mr. Masahiko Negita and Ms. Miho Maki) in this action.

On behalf of the parties, I respectfully request that the January 29, 2020 conference be adjourned to a date and time as the Court deems appropriate. As noted, all counsel join in this request.

First, plaintiffs' counsel are reviewing the deposition transcripts of their clients and after such review, the parties intend to meet and confer and ascertain whether various issues marked for rulings during those depositions could be resolved without the Court's intervention.

Second, because of an extension requested by plaintiffs' counsel, RYI defendants' opposition to motion to quash is not due until January 30, 2020 and the motion would not be fully briefed until first week of February.

Lastly, it is my understanding (from email exchanges) that the sole remaining defendant Mr. Kobayashi might be deposed in the first or second week of February.

We respectfully submit that at least a one month adjournment of the status conference from January 29, 2020 would allow the parties to better apprise the Court about the upcoming developments in this action.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: All counsel (by ECF)

> **Application GRANTED.** The January 29, 2020 Status Conference is hereby adjourned to **Wednesday, February 26, 2020 at 3:00 p.m.** The parties shall file a joint status letter by **February 19, 2020.**
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang          1/23/20
> U.S. Magistrate Judge

2