UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORNRAT KEAWSRI, et al.,

                Plaintiffs,

      -against-

RAMEN-YA, INC., et al.,

                Defendants.

17-CV-2406 (LL) (OTW)

**ORDER**

---

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on February 26, 2020. For the reasons stated on the record at the conference, Plaintiffs' Motion to Quash Subpoenas Duces Tecum, ECF 349, is hereby DENIED as moot. The parties shall file a joint status letter by **March 20, 2020**. The March 20 letter shall include (1) what further discovery, if any, is needed and (2) whether any of the parties intend on filing a dispositive motion. The Clerk is directed to close ECF 349 and ECF 350.

**SO ORDERED.**

Dated: February 26, 2020
New York, New York

                _s/ Ona T. Wang_
                    **Ona T. Wang**
            United States Magistrate Judge