```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ORNRAT KEAWSRI, et al.,                                            :
                                                                   :
                         Plaintiffs,                               :
                                                                   :         17-cv-2406 (LJL)
        -v-                                                        :
                                                                   :         ORDER
RAMEN-YA INC, et al.,                                              :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Defendant Negita seeks leave to make a second motion for summary judgment. Dkt. No. 457. Defendant has already moved for summary judgment, and the Court denied that motion. Dkt. Nos. 387, 419. The time to move for reconsideration or to make an additional summary judgment motion has passed. *See* Dkt. No. 384 (setting deadline for summary judgment motions). In any event, Defendant has not shown that the Court committed any error in its earlier order or any good cause for making a second motion. Having survived summary judgment, Plaintiffs have the right to call Defendant to the stand as a hostile witness and to elicit testimony from her directed to the question whether she was an employer and is liable under FLSA.

SO ORDERED.

Dated: May 4, 2022
       New York, New York                        _____
                                                         LEWIS J. LIMAN
                                                       United States District Judge