UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
ORNRAT KEAWSRI ET AL, :
:
                Plaintiffs, :
:   17-cv-2406 (LJL)
    -v- :
:   ORDER
RAMEN-YA INC. ET AL, :
:
                Defendants. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022

LEWIS J. LIMAN, United States District Judge:

      As discussed at the Telephone Conference held in this matter on June 13, 2022, the following deadlines were set in advance of the July 5 bench trial. By June 16, 2022, each party is to ensure that opposing counsel has exhibits the party intends to present at trial, except for impeachment exhibits, and to provide a copy of the exhibits to the court by hard copy and by electronic file transfer. Defendants are to submit an exhibit list for witness Kora by June 16, 2022. By June 20, 2022, Plaintiffs are to submit deposition designations for witness Kora. Also, by June 20, 2022, counsel for the Y&S Defendants are to submit a letter motion regarding what issues they believe remain to be tried at the July 5 bench trial that pertain to their clients, and whether the crossclaims remain in the case. Any opposition to such motion is due by June 27, 2022. If necessary, any motion to compel production of documents in the Jung subpoena is due June 20, 2022. By June 22, 2022, Plaintiffs are to submit any additional exhibits in light of the Kora exhibit list. Defendants' counter designations for witness Kora and objections to any deposition designations are due June 27, 2022. By 5:00PM on June 27, 2022, parties are to submit their findings of fact and memoranda of law, as well as any additional stipulated facts. The Final Pretrial Conference will proceed as scheduled on June 29, 2022.

      SO ORDERED.

Dated: June 16, 2022
      New York, New York
                                                                         LEWIS J. LIMAN
                                                                    United States District Judge