```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORNRAT KEAWSRI, et al.,

                        Plaintiffs,

          -v-

RAMEN-YA INC., et al.,

                        Defendants.
------------------------------------------------------------------X

17-cv-2406 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      In connection with the Court's Order at Dkt. No. 480 ordering Mr. Jung to appear at trial, in Courtroom 15C at 500 Pearl Street at 9:30 a.m. on July 5, 2022, Mr. Jung is advised that there is a legal clinic in this district that provides assistance, free of charge, to people who do not have lawyers. The clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court. Mr. Jung is advised that he may contact NYLAG via https://nylag.org/gethelp/ or by calling (212) 659-6190 or (212) 613-5000 with any questions he may have about his obligation to appear at trial.

      Plaintiff is directed to send a copy of this Order to Mr. Jung.

      SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                                       LEWIS J. LIMAN
                                                 United States District Judge