**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORNRAT KEAWSRI, SACHINA NAGAE, TAKAYUKI SEKIYA, SIWAPON TOPON, PIMPARAT KETCHATROT, THIRATHAM RAKSUK, PARICHAT KONGTUK, TANON LEECHOT, THANATHARN KULAPTIP, WANWISA NAKWIROT, NATCHA NATATPISIT, and PARADA MONGKOLKAJIT, <br><br>*Plaintiffs,* <br><br> v. <br><br> RAMEN-YA INC., Y&S INTERNATIONAL CORP. d/b/a RAMEN-YA, MIHO MAKI, MASAHIKO NEGITA, TOSHIHITO KOBAYASHI, KENJI KORA and YASUKO NEGITA <br><br>*Defendants.* | INDEX NO.  17-cv-2406 (LJL)(OTW) <br><br> NOTICE OF MOTION FOR AN ORDER DETERMINING THE ACTUAL DAMAGES, LIQUIDATED DAMAGES, PRE-JUDGMENT INTEREST, POST-JUDGMENT INTEREST, ATTORNEY'S FEES AND COSTS TO BE AWARDED TO PLAINTIFFS, AND FOR ENTRY OF JUDGMENT FOR PLAINTIFFS IN THE AMOUNTS SO DETERMINED |

Please take notice that, upon the declaration of Florence Rostami and annexed exhibits, the accompanying memorandum of law, and all prior pleadings and proceedings herein, plaintiffs Ornrat Keawsri, Sachina Nagae, Takayuki Sekiya, Siwapon Topon, Pimparat Ketchatrot, Thiratham Raksuk, Parichat Kongtuk, Tanon Leechot, Thanatharn Kulaptip, Wanwisa Nakwirot, Natcha Natatpisit, and Parada Mongkolkajit (collectively, "Plaintiffs"), through their undersigned counsel, hereby move the Court before the Honorable Lewis J. Liman, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such day and time as counsel may be heard, for (1) an order determining the actual damages, liquidated damages, statutory penalties, pre-judgment interest, post-judgment interest, attorney's fees and costs to be awarded to Plaintiffs, for which Defendants Ramen-Ya Inc. ("RYI"), Y&S International Corporation ("Y&S"), Miho Maki ("Maki"), Masahiko Negita

("Negita"), Yasuko Negita ("Mrs. Negita"), and Kenji Kora ("Kora") are jointly and severally liable, and (2) an Order directing the Clerk of the Court to enter judgment on the amounts so determined by the Court against each of the above-named Defendants.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of Judge Lewis J. Liman made orally during the hearing to determine the "employer" status of Mrs. Negita, opposition affidavits and answering memoranda, if any, are to be served (filed through the Court's Electronic Case Filing [ECF] system) on or before July 22, 2022 and reply papers, if any, are to be served (filed through the Court's Electronic Case Filing [ECF] system) on or before July 29, 2022.

Dated: New York, New York
July 15, 2022

*Respectfully submitted.*

FLORENCE ROSTAMI LAW, LLC

By: __/s/ Florence Rostami___
Florence Rostami
Neal Haber
frostami@rostamilaw.com
nhaber@rostamilaw.com
420 Lexington Avenue, Suite 1402
New York, New York 10170
Telephone (212) 209-3962
Fax (212) 209-7100
*Attorneys for Plaintiffs*