**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KEAWSRI, et al.,

                              Plaintiffs,

              -against-                                        17 **CIVIL** 2406 (LJL)

                                                              <u>**JUDGMENT**</u>

RAMEN-YA INC., et al.,

                              Defendants.

-------------------------------------------------------------X

              It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 8, 2022, Plaintiffs are awarded

$687,825.81 in damages and penalties, $1,110,807.82 in attorneys' fees and costs to Plaintiffs'

counsel, as well as any post judgment interest.

**Dated:**  New York, New York

              August 10, 2022


                                                    **RUBY J. KRAJICK**
                                          _____
                                                    **Clerk of Court**
                              **BY:**           _K. Mango_
                                          _____
                                                    **Deputy Clerk**