```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KEAWSRI et al,                                                   :
                                                                 :
                              Plaintiffs,                        :
                                                                 :       17-cv-02406 (LJL)
          -v-                                                    :
                                                                 :           ORDER
RAMEN-YA INC. et al,                                             :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On September 9, 2022, the Court received requests from counsel for Defendants Yasuko Negita, Masahiko Negita, Miho Maki, and Ramen-Ya Inc. (collectively, the "RYI Defendants") for an extension of time to respond to plaintiffs' motion to compel and for contempt and an adjournment of the hearing on that motion currently scheduled for September 23, 2022. Dkt. Nos. 536, 538.

This request is GRANTED IN PART AND DENIED IN PART. The September 23 conference will be rescheduled to September 27, 2022 at 3pm in Courtroom 15C at the 500 Pearl Street Courthouse. The hearing will be to consider whether the RYI Defendants should be held in criminal and/or civil contempt. Opposition papers must be submitted no later than 5:00 pm on September 14, 2022 and any reply papers must be submitted no later than September 21, 2022. The RYI Defendants may not file a cross-motion absent leave of court.

SO ORDERED.

Dated: September 12, 2022
       New York, New York

                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge