UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| KEAWSRI et al, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -v- | : |
| | : |
| RAMEN-YA INC. et al, | : |
| | : |
| Defendants. | : |
| | : |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2022
```

17-cv-02406 (LJL)

ORDER

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

For the upcoming September 27, 2022 conference on Plaintiffs' motion for contempt, this Court orders that Defendants Yasuko Negita, Masahiko Negita, and Miho Maki be present in person.

SO ORDERED.

Dated: September 14, 2022
　　　New York, New York

_____
LEWIS J. LIMAN
United States District Judge