```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
KEAWSRI et al,                                                 :
                                                               :
                              Plaintiffs,                      :
                                                               :       17-cv-02406 (LJL)
        -v-                                                    :
                                                               :            ORDER
RAMEN-YA INC. et al,                                           :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2022

LEWIS J. LIMAN, United States District Judge:

The motion to register the judgment in the United States District Court for the District of New Jersey and any other district in which assets of the Defendants are discovered, is granted, without opposition.  Dkt. No. 549.

The Clerk of Court is directed to close Dkt. No. 549.

SO ORDERED.

Dated: September 22, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge