UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

-----------------------------------------------------------------------X

ORNRAT KEAWSRI,                                    :
                                                   :
                              Plaintiff,           :
                                                   :                    17-cv-02406 (LJL)
              -v-                                   :
                                                   :                    ORDER
RAMEN-YA INC. et al,                               :
                                                   :
                              Defendants.          :
                                                   :
------------------------------------------------------------------- :
                                                   X

LEWIS J. LIMAN, United States District Judge:

        The Order filed on September 30, 2022 at Dkt. No. 560 stated that the sanctions imposed

should be "deposited into the Registry of the Court."  *Id.* at 2.  That Order is amended to clarify

that the sanctions should be paid to the Court and need not be deposited into the Registry of the

Court.  This clarification has no impact on the substance of the Order.


        SO ORDERED.


Dated: October 12, 2022                    _____
       New York, New York                          LEWIS J. LIMAN
                                                   United States District Judge

1