```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ORNRAT KEAWSRI et al.,                                           :
                                                                 :
                                Plaintiffs,                      :
                                                                 :              17-cv-2406 (LJL)
            -v-                                                  :
                                                                 :                  ORDER
RAMEN-YA INC. et al.,                                            :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     A hearing in this case is scheduled for Wednesday, November 23, 2022 on Plaintiffs' motion for sanctions and contempt and on Defendants' claim of a Fifth Amendment privilege against production. For avoidance of doubt, Defendants are ordered to bring to Court all of the documents listed at paragraph 81 of the Rostami Declaration at Dkt. No. 577 and that are in their possession, custody, and control. In addition, Defendants are ordered to bring to Court the information and documents listed in paragraphs 77 to 79 of the Rostami Declaration (Dkt. No. 577). Defendants shall be afforded an opportunity *in camera* to make a showing of an entitlement to a Fifth Amendment privilege on a document-by-document basis. *See Est. of Fisher v. Comm'r*, 905 F.2d 64 (2d Cir. 1990). To the extent that the Court finds that there is no privilege as to any particular document or piece of information, Defendants will be ordered to produce the documents and/or information to Plaintiffs in Court during the proceeding.

SO ORDERED.

Dated: November 21, 2022
       New York, New York
                                                               LEWIS J. LIMAN
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2022