```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ORNRAT KEAWSRI,                                                    :
                                                                   :
                    Plaintiff,                                     :
                                                                   :
         -v-                                                       :    17-cv-02406 (LJL)
                                                                   :
RAMEN-YA INC. et al,                                               :           ORDER
                                                                   :
                    Defendants.                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022

LEWIS J. LIMAN, United States District Judge:

On December 19, 2022, counsel for the RYI Judgment Debtors filed a letter noting that he had produced Mr. and Mrs. Negita's Japanese bank records to counsel for the Judgment Creditors, but then "took back" the records because he was reminded of this Court's December 12, 2022 order permitting the RYI Judgment Debtors to withhold all foreign bank records that they are not required to maintain under the Bank Secrecy Act ("BSA").  Dkt. No. 615.

Counsel for the RYI Judgment Debtors is directed to the following language from this Court's December 12, 2022 order regarding which Japanese bank records must be produced and which may be withheld:

> [T]his Court rejects the RYI Judgment Debtors' request to withhold those bank records from the past five years, which they are required to maintain under the BSA. Because certain foreign bank records for the past five years are required to be maintained under the BSA, they are subject to the required records exception to the Fifth Amendment and thus must be produced.
>
> However, for those foreign bank records outside of this five-year period or otherwise not required to be maintained under the BSA, such records are not subject to the required records exception.

Dkt. No. 605 at 21.

To the extent that the RYI Judgment Debtors believe that the documents at issue fall outside those that the Court has ruled must be produced, the RYI Judgment Debtors shall move for a protective order related to such records by December 22, 2022.

SO ORDERED.

Dated: December 20, 2022
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge