<div align="center">

**FLORENCE ROSTAMI LAW, LLC**
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
www.rostamilaw.com

</div>

Florence Rostami+                                                                                        frostami@rostamilaw.com
Neal Haber                                                                                            nhaber@rostamilaw.com

*+Also Admitted in CA and TX*

**<u>via ECF</u>**

<div align="right">May 10, 2023</div>

The Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<div align="center">

*Re: <u>Keawsri et al. v. Ramen-Ya Inc. et al. Index No. 17-cv-02406 (LJL)(OTW)</u>*

</div>

Dear Judge Liman:

       We represent Plaintiffs/Judgment Creditors in the above matter. I write to seek clarification of the Court's Order [DE 642] directing that a hearing be conducted on May 18, 2023, commencing at 11:00 a.m., in Courtroom 15C at 500 Pearl Street on Plaintiffs'/Judgment Creditors' motion for turnover of certain assets to them [DE 632] pursuant to the Court's Judgment entered on August 10, 2022 [DE 514].

       Plaintiffs'/Judgment Creditors' motion seeks, among other things, the turnover of certain assets from Defendants/Judgment Debtors and monies that were fraudulently transferred by Defendants/Judgment Debtors to related third parties. The facts supporting the motion are set forth in my declaration and exhibits [DE 633, DE 633-1 to 633-31] and my Reply Declaration [DE 641, DE 641-1 to 641-11]. Plaintiffs/Judgment Creditors request that the Court clarify its order to advise the parties and other persons whose interests may be affected as to whether the Court will take testimony under oath on May 18. Further, insofar as Defendants/Judgment Debtors or other persons shall be called to testify by them in response to the Motion, Plaintiffs/Judgment Creditors seek clarification that Defendants/Judgment Debtors shall be responsible for providing interpretive services for any witness for whom such services are required.

       Thank you in advance for your consideration and response.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/  Florence Rostami
Florence Rostami

</div>

cc: All counsel (by ECF)