**FLORENCE ROSTAMI LAW, LLC**
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
*www.rostamilaw.com*

Florence Rostami+                                                                                             *frostami@rostamilaw.com*
Neal Haber                                                                                                   *nhaber@rostamilaw.com*

*+Also Admitted in CA and TX*

**<u>via ECF</u>**

May 15, 2023

The Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>Re: **Keawsri et al. v. Ramen-Ya Inc. et al. Index No. 17-cv-02406 (LJL)(OTW)**</u>

Dear Judge Liman:

      We represent Plaintiffs/Judgment Creditors in the above matter. Plaintiffs/Judgment Creditors will take testimony from Miho Maki and Kil S. Jung at the May 18, 2023 hearing. A Japanese interpreter is retained for Maki. Mr. Jung has been served with the motion for which testimony will be taken. [DE 635] In addition to several emails informing Mr. Jung to attend the hearing, on May 12, 2023, a trial subpoena was served on Mr. Jung by email. Mr. Jung (who testified in July 2022 in this matter without an interpreter) has not communicated with our office with respect to his appearance, notwithstanding that he is compelled to do so.

      Also, we would appreciate leave for Neal Haber and me to bring our personal electronic devices to the courtroom for the hearing and annex hereto the required form.

                                                          Respectfully submitted,

                                                          <u>*/s/ Florence Rostami*</u>
                                                          Florence Rostami

cc:     All counsel (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――――― x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Ornrat Keawsri et. al. v. Ramen-Ya Inc. et. al. Index no. 17-cv-2406.

    ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) May 18, 2023.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Neal D. Haber | nhaber@rostamilaw.com | laptop | 15C | |
| Florence Rostami | frostami@rostamilaw.com | mobile, tablet | 15C | |
| | | | | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.