UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ORNRAT KEAWSRI, et al.,

                Plaintiff,                      17-cv-02406 (LJL)

    v.

RAMEN-YA INC., *et al.*,                         **NOTICE OF APPEARANCE**
                                                                 **AS BANKRUPTCY COUNSEL**

                Defendants.
----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case as bankruptcy counsel to defendants Ramen-Ya Inc. and Miho Maki.

Dated: New York, New York
       May 17, 2023

                                                  **PICK & ZABICKI LLP**

                By:     */s/Douglas J. Pick*
                         Douglas J. Pick, Esq.
                         369 Lexington Avenue, 12th Floor
                         New York, New York 10017
                         (212) 695-6000
                         dpick@picklaw.net

                         *Bankruptcy Attorneys for Defendants*
                         *Ramen-Ya Inc. and Miho Maki*