# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

May 18, 2023

**BY ECF:**
The Honorable Lewis J. Liman
Southern District of New York

Re:    *Keawsrei, et al., v. Ramen-Ya, Inc., et al.*, 17 CV 2406 (LJL) (OTW)

Dear Judge Liman:

    I represent the RYI defendants (Ramen-ya, Inc., Mr. and Mrs. Negita and Ms. Miho Maki) in this action. At the conclusion of today's hearing, I respectfully request that I be relieved as counsel for the RYI defendants.

    As the Court is likely aware, Mr. and Mrs. Negita have filed for bankruptcy and have counsel. RYI and Ms. Maki recently retained counsel who filed a notice of appearance. I am ill-equipped to handle these complex post-judgment issues. Insofar as all the RYI defendants now have separate counsel, I respectfully request that I be relieved as their counsel. Although I have not been paid at all this year for my services, I do not intend to have a retaining or a charging lien on the RYI defendants.

    Thank you.

Respectfully,

Vik Pawar (VP9101)

Cc:    All counsel (by ECF)