# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

June 23, 2023

**BY ECF:**
The Honorable Lewis J. Liman
United States District Judge

Re:     *Keawsrei, et al, v. Ramen-ya, Inc., et al.,* 17 CV 2406 (LJL)

Dear Judge Liman:

    I represent the RYI defendants in the case.

    As the Court is aware, Mr. and Mrs. Negita filed for bankruptcy protection. Today, Ms. Maki also filed for bankruptcy. I am informed that Ramen-ya, Inc. also intends to file for bankruptcy today. In light of all the RYI defendants having filed for bankruptcy, I respectfully request that the Court cancel Monday's hearing and all future deadlines without further order of the Bankruptcy Court.

    Thank you.

ORDER: The request that the court cancel Monday's hearing is denied. At the hearing, Yasuko Negita, Masahiko Negita, Miho Maki and Kenji Kora shall show cause why the Court should not refer the motion for criminal contempt to the United States Attorneys Office for the Southern District of New York to prosecute the motion for criminal contempt and / or for perjury before the Court. The Court will also hear argument on the extent of the automatic stay.

Date: 6/23/2023

Respectfully,

/s
Vik Pawar (VP9101)

SO ORDERED.

*[signature]*

LEWIS J. LIMAN
United States District Judge