**KAPLAN & CHUN, P.C.**
Attorneys at Law
610 East 5th Street, 1st Floor
New York, NY 10009
(212) 777-0320
(212) 674-1729 – fax

Benjamin R. Kaplan (Retired)

Howard C. Chun (NY and NJ)
howard@kaplanchun.com

July 10, 2023

Hon. Lewis J. Liman
Southern District
500 Pearl Street
New York, NY 10007

RE:  Keawsri, et al, v. Ramen Ya Inc, et al
       17 cv: 2406

Dear Judge Liman:

    I am the attorney for Kenji Kora and Y &S International Corp.  I write this letter to state that my client is unable to pay $149,000.00 today because there is no money to pay.  That money was a disaster loan from the US Small Business Administration.  Half of the money went to Ramen Ya Inc., and half of the money went to Y&S International Corp. as working capital to alleviate economic injury caused by the pandemic.  The accountant was paid $1000.00 from each of the corporations.

    My client is obligated to repay the loan based on the attached agreement.  That money was used for business operations, which was within the terms of this Court's order of July 2022.  This loan was discussed with attorneys for all parties and not only was the money spent, but the terms of the loan do not permit my client to pay to Plaintiffs.

    I apologize for not raising this sooner.  The money that Plaintiffs claim is not there.

                                                  Very truly yours,

*Howard Chun s/*
Howard Chun