AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ornrat Keawsri, et al., <br> *Plaintiff* <br> v. <br> Ramen-Ya Inc., et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 17-cv-2406-(LJL)(OTW) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alan Nisselson, as bankruptcy Trustee for Defendants Ramen-ya Inc. and Miho Maki

Date:   07/11/2023

*Attorney's signature*

Leslie S. Barr (2011658)
*Printed name and bar number*
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019

*Address*

lbarr@windelsmarx.com
*E-mail address*

212-237-1038
*Telephone number*

212-262-1215
*FAX number*