UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORNRAT KEAWSRI, et al.,

        Plaintiffs,

   -against-                          **DECLARATION**

                                                  17 cv 2406 (LJL)

RAMEN-YA INC., et al.,

        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK              )
COUNTY OF NASSAU   ss .:
SOUTHERN DISTRICT OF NEW YORK  )

      MARLON G. KIRTON, ESQ. pursuant to Title 28, United States Code, section 1746, hereby declares under the penalty of perjury:

      I am counsel for the defendant MIHO MAKI, and I make this declaration in support of the various forms of relief, as set forth in the annexed letter motion.

      The statement asserted as facts are based upon examining the case record contained in US PACER, conversations with a few of the attorneys in this case, and MIHO MAKI.

      **WHEREFORE**, your declarant prays for an Order granting the relief requested in my letter Motion, or in the alternative, a hearing to resolve the issues raised therein and for such other and further relief as to this Court may seem just and proper.

Dated: Hempstead, New York

1

July 12, 2023

*Marlon Kirton*
MARLON G. KIRTON