UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ORNRAT KEAWSRI, et al.,

        Plaintiffs,

  -against-                        **DECLARATION**

                                           17 cv 2406 (LJL)

RAMEN-YA INC., et al.,

        Defendants.
----------------------------------------X

STATE OF NEW YORK            )
COUNTY OF NEW YORK:  ss .:
SOUTHERN DISTRICT OF NEW YORK   )

     MIHO MAKI, pursuant to Title 28, United States Code, section 1746, hereby declares under the penalty of perjury:

1. I am one of the defendants listed in the above referenced matter.

2. This Court assigned MARLON G. KIRTON, ESQ. to represent me in the ongoing sanctions hearings.

3. I had a meeting with MR. KIRTON at his office on July 6, 2023.

4. MASAHIKO NEGITA was also present at the meeting. I allowed him to sit in during my meeting with MR. KIRTON.

     **WHEREFORE**, your declarant prays for an Order granting the relief requested my Attorney's Motion, or in the alternative a hearing to resolve the issues raised therein and for such other and further relief as to this Court may seem just and proper.

1

Dated: New York, New York
      July 12, 2023

*MIHO MAKI*
MIHO MAKI