# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

July 13, 2023

**BY ECF:**
The Honorable Lewis J. Liman
United States District Judge


Re:     *Keawsrei, et al, v. Ramen-ya, Inc., et al.,* 17 CV 2406 (LJL)


Dear Judge Liman:

I, once again, request that the Court permit me to withdraw as counsel for Mr. and Mrs. Negita.

I am mindful of the procedural posture of the case and the implications my withdrawal would have. However, I am in an untenable position where advancing the interest of one client might be detrimental to the interest of another. There is an inherent conflict with my joint presentation in these post-judgment proceedings.

In addition, I wish to clarify something for the record: my position that defendants do not have any objections to the Court's authority to refer this matter or any matter to the U.S. Attorney's Office. That position is based on the fact that the Court has the inherent power to police the cases and parties before it and ***could*** make such a referral. However, my position does not mean that the Court ***should*** make the referral. This is particularly true based on the joint-representation position of the Negitas and the recent submission by Ms. Maki's new counsel.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     All counsel