# KIRTON LAW FIRM

_____

*Marlon G. Kirton, Esq.*           *Nassau County:*
                                       *175 Fulton Avenue, Suite 305*
_____              *Hempstead, New York 11550*
                                       *Tel. # (516) 833-5617*
                                       *Fax # (516) 833-5620*

July 13, 2023

VIA ELECTRONIC FILING

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Ornrat Keawsri, et al. v. Ramen-ya Inc., et al.* 17 cv 2406 (LJL)

Dear Judge Liman:

       I represent Miho Maki in the above-referenced matter. This Court set July 12, 2023, as a date for me to file a motion in response to the Plaintiff's request for criminal sanctions. I filed the motion about 1 hour past the deadline. This case contained more than 700 docket entries, and it took me some time to review the history of the case. Furthermore, I canceled all of my court appearances this week because I had a medical issue.[1] I request that this Court accept my response out of time.

       Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.


cc: To All Counsel (via electronic filing).

---

[1] I had a swollen right eye.

1