# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

July 14, 2023

**BY ECF:**
The Honorable Lewis J. Liman
United States District Judge

Re:     *Keawsrei, et al, v. Ramen-ya, Inc., et al.,* 17 CV 2406 (LJL)

Dear Judge Liman:

On July 11, 2023, because of my mother's medical issue, the Court granted my request to file opposition papers to the criminal contempt motion on July 14, 2023.

On July 13, 2023, I filed a motion to withdraw.

If the Court wants me to file the opposition before the motion is decided, please let me know and I can file it today.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:    All counsel