```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ORNRAT KEAWSRI,                                                   :
                         Plaintiff,                               :
                                                                  :
          -v-                                                     :        17-cv-02406 (LJL)
                                                                  :
RAMEN-YA INC. et al,                                              :            ORDER
                                                                  :
                         Defendants.                              :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The evidentiary hearing on the motion to enforce the judgment (Dkt. No. 633) set for July 17, 2023 at 10:00 a.m. is rescheduled to July 20, 2023 at 9:30 a.m. The hearing shall take place in Courtroom 15C, 500 Pearl Street, New York, NY 10007, with the continued testimony of Miho Maki.

      The Court has Mr. Pawar's motion to withdraw as counsel for Mr. and Mrs. Negita. Dkt. No. 692. Based on its content, the Court understands the motion to be addressed to the response of the Negitas to the motion for criminal contempt. It does not provide justification for interfering with the timing of the hearing on the motion to enforce the judgment. Accordingly, the Court will address the motion to withdraw at the end of the hearing on July 20, 2023. The time for the Negitas to respond to that motion is suspended sine die and will be addressed on July 20, 2023.

      SO ORDERED.

Dated: July 14, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023