UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :

ORNRAT KEAWSRI, et al.,                               :

                            Plaintiffs,                      :
                                                            :         17-cv-2406 (LJL)
                   -v-                                :
                                                            :             ORDER
RAMEN-YA INC., et al.,                                 :

                             Defendants.                   :
                                                            :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held a conference in this matter on July 20, 2023. At the conference, the Court withdrew the order of reference from the Southern District of New York Bankruptcy Court with regard to Plaintiffs' motion to enforce the judgment against Defendants Ramen-Ya Inc. ("RYI") and Miho Maki ("Motion to Enforce"). The Court noted that an opinion as to the withdrawal of the order of reference would follow.

       The Court also postponed the hearing on Plaintiffs' Motion to Enforce until Monday, August 14, 2023 at 10:00 a.m. Plaintiffs' counsel represented that the Bankruptcy Trustee for RYI and Maki's bankruptcy estates had not yet applied to the Bankruptcy Court for an order authorizing him to retain and employ Plaintiffs' counsel as special counsel to pursue the proceedings on the Motion to Enforce on his behalf. Since the date of the hearing, Plaintiffs' counsel informed the Court that the Trustee made this application to the Bankruptcy Court and the Bankruptcy Court approved the Trustee's application to retain Plaintiffs' counsel to represent the Trustee in the proceedings before this Court. Dkt. No. 707.

       Criminal counsel for Maki stated that prior to the August 14, 2023 conference, he would submit a brief on the issue of Maki's invocation of her Fifth Amendment rights within a week of

receiving two transcripts.  Plaintiffs' counsel agreed to submit a brief in opposition one week after Maki's counsel's brief.  The parties are ordered to do so.

Finally, after Mr. Pawar stated that his only conflict derived from Plaintiffs' filing of the motion for criminal complaint and that the Court need not rule on his motion to withdraw until it was prepared to consider that motion, the Court deferred ruling on the motion of Mr. Pawar to withdraw as counsel for Masahiko Negita and Yasuko Negita, Dkt. No. 692, and agreed to hold in abeyance the Negitas' response to Plaintiffs' motion for criminal contempt sanctions until after the bankruptcy court ruled on their request for CJA counsel.  The Court suspended all deadlines to respond to the motion for criminal contempt.

SO ORDERED.

Dated: July 17, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge