**KAPLAN & CHUN, P.C.**
Attorneys at Law
610 East 5th Street, 1st Floor
New York, NY 10009
(212) 777-0320
(212) 674-1729 – fax

Benjamin R. Kaplan (Retired)

Howard C. Chun (NY and NJ)
howard@kaplanchun.com

August 10, 2023

Hon. Lewis J. Liman
Southern District
500 Pearl Street
New York, NY 10007

RE:  Keawsri, et al, v. Ramen Ya Inc, et al
        17 cv: 2406

Dear Judge Liman:

     I am the attorney for Kenji Kora and Y &S International Corp.  I write this letter to inform the court and the parties that I tested positive for COVID-19 and will not be able to attend the hearing on August 14.  I would ask to reschedule for August 18, 21, or any date convenient to all parties.

Very truly yours,

*Howard Chun s/*
Howard Chun