```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ORNRAT KEAWSRI, et al.,                                                :
                                                                       :
                               Plaintiffs,                             :
                                                                       :     17-cv-02406 (LJL)
        -v-                                                            :
                                                                       :           ORDER
RAMEN-YA INC. et al,                                                   :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

At a conference on July 20, 2023, criminal counsel for Miho Maki stated that he would submit a brief on the issue of Maki's invocation of her Fifth Amendment rights prior to the hearing on Plaintiffs' Motion to Enforce. Dkt. No. 709. At the same conference, Plaintiffs' counsel agreed to submit a brief in opposition one week after Maki's counsel's brief. *Id.* On August 7, 2023, Maki's counsel filed a Motion pertaining to Maki's invocation of the Fifth Amendment. Dkt. No. 711. Plaintiff is ordered to submit their brief in opposition, including with a discussion of whether the instant proceedings qualify as the "same proceeding" for the purpose of a waiver of the Fifth Amendment, by August 14, 2023. *See Klein v. Harris*, 667 F.2d 274, 287 (2d Cir. 1981); *United States v. Miranti*, 253 F.2d 135, 139-40 (2d Cir. 1958).

SO ORDERED.

Dated: August 11, 2023
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge