**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ornrat Keawsri et al. | 17-CV-2406 |
| DEFENDANT | TYPE OF PROCESS |
| Ramen-Ya, Inc. et al. | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kil S. Jung
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
16 West 32nd Street, New York, New York 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Florence Rostami
Florence Rostami Law, LLC
420 Lexington Avenue, Suite 1402
New York, New York 10017

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
property upon which to execute includes cash received by Kil S. Jung from defendants Ramen-Ya, Inc. and Y&S International Corp.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (917) 846-0335
DATE: 5/22/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 11/12
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 5/26/2023

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 5/31/23  Time: 1128  ☒ am  ☐ pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on >>

REMARKS
1 hr roundtrip
5 miles
10 miles roundtrip
$65 × 1 = $65
10 miles × .6555 = 6.55
Total = $71.55

I hereby certify and return that I have not received any funds for case # 17cv2406
Judgment: Unsatisfied
Dated: 7/31/2023
United States Marshals Service

DUSM Hours?   DUSM miles?

054-1: 2017-CV-02406-1

Form USM-285
Rev. 03/21