| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See |
|---|---|

| PLAINTIFF<br>Omrat Keawsri et al. | COURT CASE NUMBER<br>17-CV-2406 |
|---|---|
| DEFENDANT<br>Ramen-Ya, Inc. et al. | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Y&S International Corp
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o Kenji Kora 33 Jackson Avenue, Suite 2, Eastchester, NY 10709

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Florence Rostami
Florence Rostami Law, LLC
420 Lexington Avenue, Suite 1402
New York, New York 10017

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (917) 846-0335
DATE: 5/22/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

Acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 12/12
District of Origin: No. 054
District to Serve: No. 054
Signature of Authorized USMS Deputy or Clerk
Date:

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 6/27/23  Time: 0829  ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
V. McFdy #2609

Costs shown on >>

REMARKS:
1st attempt - 5/26/23 at 1045am - no answer at the Door
2nd attempt - 6/15/23 at 1200 - no answer at all doors
3rd attempt - 6/22/23 at 1000 - no answer at door

5/26
Hours - 1 x $65 = $65
Miles - 13 x $.655 = 8.52

6/15
Hours - 1 x $65 = $65
Miles - 13 x $.655 = $8.52
$73.52

6/22
Hours - 1 x $65 = $65
Miles - 13 x $.655 = $8.52
$73.52

73.52

U.S. MARSHALS SERVICE SOUTHERN NEW YORK 2023 MAY 24 PM 10: 45 RECEIVED CIVIL SECTION

I hereby certify and return that I have not received any funds for case # 17cv2406
Judgment: Unsatisfied
Dated: 7/31/2023
United States Marshals Service

Form USM-285
Rev. 03/21