# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

August 16, 2023

VIA ELECTRONIC FILING

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Ornrat Keawsri, et al. v. Ramen-ya Inc., et al. 17 cv 2406 (LJL)*

Dear Judge Liman:

I represent Miho Maki in the above-referenced matter. This Court set August 14, 2023, for the continued enforcement hearing after the parties spent time consulting with each other and reviewing the Court's calendar. This Court adjourned the hearing to August 18, 2023, because one of the attorneys tested positive for COVID-19.

I have a hearing.[1] in Queens Supreme Court on August 18, 2023. I notified the parties of this conflict on Monday. I also told the parties that the time of the hearing would not be confirmed until today. I just confirmed with the clerk that the hearing is at 9:30 am. I will not attend the enforcement hearing before this Court until 12:00 pm. The parties do not object. I request to appear at 12:00 pm for Friday's hearing.

Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

---

[1] Writ of Habeas Corpus

1

cc: To All Counsel (via electronic filing).