**FLORENCE ROSTAMI LAW, LLC**
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
www.rostamilaw.com

Florence Rostami+   frostami@rostamilaw.com
Neal Haber   nhaber@rostamilaw.com

+*Also Admitted in CA and TX*

<u>*via ECF*</u>

August 16, 2023

The Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>*Re: Keawsri et al. v. Ramen-Ya Inc. et al. Index No. 17-cv-02406 (LJL)(OTW)*</u>

Dear Judge Liman:

We represent Plaintiffs/Judgment Creditors and Alan Nisselson the Trustee (collectively, "Claimant") for chapter 7 estates of Miho Maki and Ramen-Ya Inc. in the above matter. I write to you in response to the letter motion filed by Marlon Kirton, counsel for Maki informing the Court that he will not appear at the hearing scheduled to start at 10:00 a.m. on August 18, 2023 before noon.

Claimants do not object to his application; however, Mr. Kirton failed to inform the Court that Claimants agreed to examine Kenji Kora and Kil S. Jung in the morning to accommodate his schedule.

Respectfully submitted,

*/s/ Florence Rostami*

Florence Rostami

cc:   All counsel   (by ECF)