```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
ORNRAT KEAWSRI, et al.,                                         :
                                                                :
                        Plaintiffs,                             :
                                                                :        17-cv-02406 (LJL)
        -v-                                                     :
                                                                :        ORDER
RAMEN-YA INC. et al,                                            :
                                                                :
                        Defendants.                             :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On August 18, 2023, the Court held an evidentiary hearing on Plaintiffs' Motion to Enforce the Judgment. Both sides rested at the conclusion of the hearing.

As stated on the record at the hearing, Plaintiffs are ordered to submit any further supplemental briefing by Monday, August 21 at 5:00 p.m. Defendants are ordered to submit any opposition briefing by Thursday, August 24 at noon. Plaintiffs are ordered to submit any reply to the opposition briefing by Friday, August 25 at 5:00 p.m.

SO ORDERED.

Dated: August 18, 2023
       New York, New York                        _____
                                                 LEWIS J. LIMAN
                                                 United States District Judge