# FLORENCE ROSTAMI LAW, LLC
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
*www.rostamilaw.com*

Florence Rostami+                                           *frostami@rostamilaw.com*
Neal Haber                                                   *nhaber@rostamilaw.com*

*+Also Admitted in CA and TX*

*via ECF*

August 21, 2023

The Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Keawsri et al. v. Ramen-Ya Inc. et al. Index No. 17-cv-02406 (LJL)(OTW)*

Dear Judge Liman:

We represent Plaintiffs/Judgment Creditors and Alan Nisselson the Trustee (collectively, "Claimants") for chapter 7 estates of Miho Maki and Ramen-Ya Inc. in the above matter.  On August 18, 2023, Claimants were ordered to file their brief on negative inferences arising from Miho Maki's invocation of the Fifth Amendment today by 5 p.m. [DE 725]  Claimants respectfully request an extension of their time to 9 p.m. tonight (August 21, 2023).

Although they were contacted at 3:24 p.m. today, counsel for Y&S International Corp. and Kenji Kora and the Negitas have agreed with our request. Mr. Kirton has not responded to our request as of yet.

Respectfully submitted,

*/s/  Florence Rostami*
Florence Rostami

cc:      All counsel      (by ECF)