# FLORENCE ROSTAMI LAW, LLC
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
www.rostamilaw.com

Florence Rostami+ frostami@rostamilaw.com
Neal Haber nhaber@rostamilaw.com

+*Also Admitted in CA and TX*

<u>**via ECF**</u>

August 28, 2023

The Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Request granted. Docket Numbers 735-1 through 735-9 are deemed to have been filed under seal, and Docket Numbers 736-1 through 736-9 are accepted for filing.
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge
>
> 08/28/2023

<u>Re: *Keawsri et al. v. Ramen-Ya Inc. et al.* Index No. 17-cv-02406 (LJL))OTW)</u>

Dear Judge Liman:

    We represent Plaintiffs/Judgment Creditors and the United States Trustee (collectively, "Creditors and Trustee") for the bankruptcy estates of Defendant/Judgment Debtors Miho Maki ("Maki") and Ramen-Ya Inc. ("RYI") in the above matter. I write to you for leave to file the attached documents as exhibits to my declaration filed on Friday, August 25, 2023 [DE 735] with redactions and that the corresponding exhibits previously filed [DE 735-1 through DE 735-9] be deemed to have been filed under seal.

    On Friday, August 25, I filed a "Reply Declaration of Florence Rostami in Support of Motion Pursuant to Fed.R.Civ.P. 69 and Applicable New York Statutes and in Response to 'Certification of Masahiko Negita in Opposition.'" Annexed to my declaration were ten exhibits.

    After the filing was made on ECT, I realized that I had inadvertently failed to make the redactions to nine of the exhibits as required by Fed.R.Civ.P. 5.2 and the Court's orders, specifically to bank account numbers and a passport number. This morning, I contacted the ECF to inform the office of my failure to redact and obtain guidance. I was informed that the exhibits in question [DE 735-1 through DE 735-9] would immediately be deemed to be filed under seal and would not be accessible to the public, and that I should seek leave from this Court for the filing of the unredacted documents under seal and that the exhibits annexed to this letter (which have been redacted in accordance with applicable rules) be accepted for filing and consideration by the Court.

    The Court's consideration and approval of this letter motion, seeking the Court's acceptance of the annexed documents for filing and deeming DE 735-1 through DE 735-9

to have been filed under seal, is greatly appreciated. I apologize for any inconvenience that my inadvertent error may have caused.

Respectfully submitted,

*/s/  Florence Rostami*
Florence Rostami

cc: All counsel (by ECF)