UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2023
```

------------------------------------------------------------------------X
                                                             :

ORNRAT KEAWSRI, et al.,                          :

                      Plaintiffs,            :

                                                                   :                        17-cv-02406 (LJL)

          -v-                                 :

                                                                  :                          ORDER

RAMEN-YA INC. et al,                          :

                      Defendants.          :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       A conference was held in this matter to discuss the motion to appoint a receiver on

September 15, 2023. This Order memorializes the rulings of the Court at the conference and the

deadlines set.

       On September 28, 2023 at 2:00 PM, the court will hold a telephonic hearing regarding the

outstanding motion to enforce the judgment. Dkt. No. 632. At issue at the hearing will be

$60,000 currently in the possession of nonparty Kil S. Jung, stemming from two checks paid

from defendant Miho Maki's daughter Haruna Maki to Mr. Jung, each in the amount of $30,000

and each written on March 9, 2023—one from Haruna Maki's Bank of America account,

Evidentiary Hearing on Plaintiffs' Motion to Enforce on August 18, 2023 Exhibit 33, and one

from Haruna Maki's TD Bank account, Dkt. No. 641-8 at ECF p. 12. The parties are directed to

address whether those funds should be deemed to belong to Y&S, the estate of Miho Maki, the

estate of Ramen-Ya Inc. or to another party relevant to this matter. Letter briefs addressing those

issues shall be filed on ECF no later than September 26, at 4:00 PM and shall address whether

the parties request the hearing on September 28, 2023 to proceed as scheduled. If one or more

parties have addressed the question regarding the funds in the possession of Mr. Jung and no

party requests that the Court proceed with the hearing as scheduled, the Court will enter an Order cancelling the hearing.

The Court continues the hearing on the motion to appoint the receiver.  Dkt. No. 675. Parties are directed to appear at a status conference before the Court on October 13, 2023 at 4:30 PM to discuss the need to address that motion and the status of any settlement discussions. Additionally, the Court will hold a hearing on the motion to appoint a receiver on November 6, 2023 at 10:00 AM.  As the Court stated at the conference held on September 15, 2023, Mr. Pawar is excused from attending the hearing on November 6.

All proceedings scheduled in this Order will be telephonic.  The parties are directed to dial (888) 251-2909 and use the access code 2123101.

SO ORDERED.

Dated: September 15, 2023
      New York, New York
                                        LEWIS J. LIMAN
                                 United States District Judge