```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ORNRAT KEAWSRI, et al.,                                            :
:
                            Plaintiffs,                            :
:      17-cv-02406 (LJL)
            -v-                                                    :
:             ORDER
RAMEN-YA INC. et al,                                               :
:
                            Defendants.                            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Judgment Creditors move for an order, Dkt. No. 750, holding Judgment Debtor Kenji Kora in civil contempt of the Court for his alleged failure to comply with the Court's July 6, 2023 order to turn over $149,000 to Judgment Creditors, Dkt. No. 681, and compelling Kora to turn over the $149,000 to Judgment Creditors in the form of a certified check made payable to Florence Rostami IOLA.  Opposition briefs to the motion are due by October 16, 2023.  The Court will hold a contempt hearing on October 27, 2023 at 2:00PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

     SO ORDERED.

Dated: October 3, 2023                    _____
       New York, New York                              LEWIS J. LIMAN
                                                            United States District Judge