<div align="center">

# KAPLAN & CHUN, P.C.

Attorneys at Law
610 East 5th Street, 1st Floor
New York, NY 10009
(212) 777-0320
(212) 674-1729 – fax

</div>

Benjamin R. Kaplan (Retired)

Howard C. Chun (NY and NJ)
howard@kaplanchun.com

<div align="center">October 16, 2023</div>

Hon. Lewis J. Liman
Southern District
500 Pearl Street
New York, NY 10007

RE:  Keawsri, et al, v. Ramen Ya Inc, et al
     17 cv: 2406

Dear Judge Liman:

     I am the attorney for Kenji Kora and Y &S International Corp.  I write this letter to state that counsel for Plaintiffs are amenable to adjourning the hearing to the week of November 13, 2023.

     Please advise as to availability if we are permitted to adjourn the hearing.

     Thank you for your attention.

<div style="margin-left: 50%;">

Very truly yours,

*Howard Chun s/*
Howard Chun

</div>