# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

October 17, 2023

**BY ECF:**

The Honorable Lewis J. Liman
United States District Judge

Re:        *Keawsrei, et al, v. Ramen-ya, Inc., et al.,* 17 CV 2406 (LJL)

Dear Judge Liman:

I represent Mr. and Mrs. Negita in this action.

As the Court is aware from previous correspondence, I am traveling overseas.  Early this morning, I read Y&S and Mr. Kora's belated application to re-open the case.  These two defendants have done nothing to prosecute their so-called counterclaims.  Indeed, they have sat idly by while the other parties and counsel hashed out an agreement after a tumultuous and protracted litigation.   Not to mention, that they failed to timely object to the Court's judgment against them or even filing any papers in opposition to the turnover motion.

If the Court is inclined to even entertain this motion, I request that I be given sufficient time to read it and then file any opposition.  I will be back in the office on October 23, 2023.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:      All counsel