```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ORNRAT KEAWSRI, et al.,                                              :
                                                                     :
                              Plaintiffs,                            :
                                                                     :        17-cv-02406 (LJL)
        -v-                                                          :
                                                                     :            ORDER
RAMEN-YA INC. et al,                                                 :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2023

LEWIS J. LIMAN, United States District Judge:

Defendant Kenji Kora ("Kora") moves for the October 27, 2023 contempt hearing to be rescheduled, and to reopen the case regarding Kora's cross-claims against his co-defendants. Dkt. No. 756. The contempt hearing previously scheduled for October 27, 2023 is adjourned to November 14, 2023 at 3:00 PM, and will be held in Courtroom 15C, 500 Pearl Street, New York, NY 10007. At that hearing, the Court will also hear arguments regarding Kora's Motion to Reopen the cross claims brought against the co-defendants. The co-defendants are directed to file any opposition briefing to Kora's Motion to Reopen by November 10, 2023.

    SO ORDERED.

Dated: October 18, 2023            _____
       New York, New York                   LEWIS J. LIMAN
                                          United States District Judge