**FLORENCE ROSTAMI LAW, LLC**
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
*www.rostamilaw.com*

Florence Rostami+                                                                               *frostami@rostamilaw.com*
Neal Haber                                                                                   *nhaber@rostamilaw.com*

*+Also Admitted in CA and TX*

***via ECF***

October 24, 2023

Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

            ***Re:*** *Keawsri et al. v. Ramen-Ya Inc. et al., Index No. 17-cv-02406 (LJL)(OTW)*
                *Keawsri et. al v. Maki, et al., Index No. 23-cv-8408 (LJL)*

Dear Judge Liman:

       We represent Plaintiffs/Judgment Creditors and the Chapter 7 Trustee for the bankruptcy estates of Miho Maki ("Maki") and Ramen-Ya Inc. ("RYI"). We are pleased to report that on October 24, 2023, the United States Bankruptcy Court for the District of New Jersey (the "NJ Bankruptcy Court") issued an Order pursuant to 11 U.S.C. § 1191(A) confirming the plan of reorganization for Yasuko Negita ("Yasuko").

                                                       Respectfully submitted,

                                                       */s/  Florence Rostami*
                                                       Florence Rostami

cc:  All counsel (via ECF)