# FLORENCE ROSTAMI LAW, LLC
*The Graybar Building*
420 LEXINGTON AVENUE, SUITE 1402, NEW YORK, NEW YORK 10170
(212) 209-3962, Fax (212) 209-7100
www.rostamilaw.com

| | |
|---|---|
| Florence Rostami+ | *frostami@rostamilaw.com* |
| Neal Haber | *nhaber@rostamilaw.com* |

*+Also Admitted in CA and TX*

<u>*via ECF*</u>

November 8, 2023

Honorable Lewis J. Liman
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re: Keawsri et al. v. Ramen-Ya Inc. et al., Index No. 17-cv-02406 (LJL)(OTW)*
   <u>*Keawsri et. al v. Maki et al., Index No. 23-cv-8408 (LJL)*</u>

Dear Judge Liman:

  We represent Plaintiffs/Judgment Creditors and the Chapter 7 Trustee for the bankruptcy estates of Miho Maki ("Maki") and Ramen-Ya Inc. ("RYI"). We are pleased to report that the settlement agreement conditions set forth in the plan of reorganization referenced in the letter to the Court dated October 24, 2023 [DE 760] was executed today.

         Respectfully submitted,

         */s/ Neal Haber*
         Neal Haber

cc: All counsel (via ECF)