## KAPLAN & CHUN, P.C.
Attorneys at Law
610 East 5th Street, 1st Floor
New York, NY 10009
(212) 777-0320
(212) 674-1729 – fax

Benjamin R. Kaplan (Retired)

Howard C. Chun (NY and NJ)
howard@kaplanchun.com

November 13, 2023

Hon. Lewis J. Liman
Southern District
500 Pearl Street
New York, NY 10007

RE:  Keawsri, et al, v. Ramen Ya Inc, et al
     17 cv: 2406

Dear Judge Liman:

I am the attorney for Kenji Kora and Y &S International Corp.  I write this letter to inform the court that my client is out of the country and was scheduled to return yesterday but he just notified me that he cannot return until November 20.

I would respectfully ask that the hearing be adjourned to November 22 or another date.

Very truly yours,

*Howard Chun s/*
Howard Chun

---

The motion to adjourn the hearing is denied.  Kora has been aware of his need to be in the United States and to be in court if he wished to attend the hearing for nearly a month.  Counsel offers no explanation for why Kora was not able with that advance notice to ensure that he was in the United States.  If Kora wishes to participate remotely, he may make such application through counsel.  The Clerk of Court is respectfully directed to close Dkt. No. 763.

SO ORDERED.

/s/ LEWIS J. LIMAN
United States District Judge

November 13, 2023