# KAPLAN & CHUN, P.C.
Attorneys at Law
610 East 5th Street, 1st Floor
New York, NY 10009
(212) 777-0320
(212) 674-1729 – fax

Benjamin R. Kaplan (Retired)

Howard C. Chun (NY and NJ)
howard@kaplanchun.com

November 14, 2023

Hon. Lewis J. Liman
Southern District
500 Pearl Street
New York, NY 10007

RE:  Keawsri, et al, v. Ramen Ya Inc, et al
       17 cv: 2406

Dear Judge Liman:

    I am the attorney for Kenji Kora and Y &S International Corp.  Please advise of the procedure for virtual appearance for my client to appear today.

    Thank you.

Very truly yours,

*Howard Chun s/*
Howard Chun