# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

November 15, 2023

**BY ECF:**
The Honorable Lewis J. Liman
United States District Judge

Re: *Keawsrei, et al, v. Ramen-ya, Inc., et al.,* 17 CV 2406 (LJL)

Dear Judge Liman:

I withdraw my motions to withdraw as counsel for Mr. and Mrs. Negita.

In addition, with respect to the crossclaims against Mr. Negita, I have been informed that "Mr. Negita is still in a bankruptcy, so any claim arising pre petition, including the cross claims, are stayed by the automatic stay…"

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: All counsel