UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ORNRAT KEAWSRI et al.

                         Plaintiffs,      17-Civ.-02406 (LJL)

     - against -                 <u>SATISFACTION OF JUDGMENT
AS TO DEFENDANTS MASAHIKO</u>
RAMEN-YA INC. et al.            <u>NEGITA, YASUKO NEGITA, MIHO
MAKI AND RAMEN-YA INC.</u>

                        Defendants.
------------------------------------x

**WHEREAS**, a judgment was entered in the above action on the 10th day of August, 2022 in favor of Ornrat Keawsri, Sachina Nagae, Takayuki Sekiya, Siwapon Topon, Pimparat Ketchatrot, Thiratham Raksuk, Parichat Kongtuk, Tanon Leechot, Thanatharn Kulaptip, Wanwisa Nakwirot, Natcha Natatpisit, and Parada Mongkolkajit (collectively, the "Plaintiffs") and against Masahiko Negita, Yasuko Negita, Miho Maki and Ramen-Ya Inc. (collectively, the "RYI Defendants") and Kenji Kora and Y&S International Corporation in the amount of $687,825.81 plus interest from the 10th day of August, 2022 with costs to be taxed, and attorneys' fees and costs in the amount of $1,110,807.82 having been taxed on the 10th day of August, 2022 (the "Judgment"), and Plaintiffs and RYI Defendants have entered into a settlement agreement (the "RYI Settlement Agreement") with respect to satisfaction of a portion of the Judgment in the amount of $1,560,000.00 (the "RYI Settlement Amount"), and RYI Defendants have satisfied the payment of the RYI Settlement Amount, and it is certified that there are no outstanding executions against any of the RYI Defendants with the United States Marshal Services for the Southern District of New York, the Office of the Sheriff of the City of New York, or any other court, government agencies or division of the State of New York; and

**THEREFORE**, full and complete satisfaction of the Judgment as to Masahiko Negita, Yasuko Negita, Miho Maki and Ramen-Ya, Inc. (RYI Defendants) only, is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction by the RYI Defendants only as to their obligations to Plaintiffs on the docket of said judgment.

Dated: New York, New York
November 28, 2023

FLORENCE ROSTAMI LAW, LLC

By: _____
Florence Rostami

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

On the 30 day of November, 2023 before me personally came Florence Rostami to me known and known to be a member of the firm of Florence Rostami Law LLC, attorneys for Plaintiffs Ornrat Keawsri, Sachina Nagae, Takayuki Sekiya, Siwapon Topon, Pimparat Ketchatrot, Thiratham Raksuk, Parichat Kongtuk, Tanon Leechot, Thanatharn Kulaptip, Wanwisa Nakwirot, Natcha Natatpisit, and Parada Mongkolkajit in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

DRU S. WHITE
Notary Public, State of New York
No. 02WH4886783
Qualified in New York County
Commission Expires February 17, 2017